Eastern District of Kentucky
FILED

JUN 11 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

**UNITED STATES OF AMERICA**

V.

**INDICTMENT NO.** 26-40-DLB-CJS
**18 U.S.C. § 39A**

**DONALD W. BOONE**

\* \* \* \* \*

## THE GRAND JURY CHARGES:

On or about November 3, 2025, in Mason County, in the Eastern District of Kentucky,

### DONALD W. BOONE

knowingly aimed the beam of a laser pointer at an aircraft, namely, a Bell 407 helicopter, tail number N284SP, operated by the Kentucky State Police, and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

A TRUE BILL

███████████████████

**FOREPERSON**

_____

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

_____

**KYLE M. WINSLOW**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.