**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 26-40-DLB-CJS**

UNITED STATES OF AMERICA PLAINTIFF

vs.

DONALD W. BOONE DEFENDANT

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the United States for Defendant's pretrial detention,

It is **ORDERED** that a detention hearing is set for **Wednesday, June 17, 2026, at 12:30 p.m.,** before the undersigned at **Covington, Kentucky.** Pending this hearing, the Defendant shall be held in custody by the United States Marshals Service and produced for the hearing.

Signed this 12th day of June, 2026.

**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**